924

No. 73–5626. ROTHWELL *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 73–5629. ARRADONDO *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 73–5634. FISHER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 73–5635. ANDERSON *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 73–5639. THOMAS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 73–5648. PORTER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 73–5649. LANDERS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–5653. MINNIX *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 73–5654. LEWIS *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 73–5658. OWENS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 73–5659. SILVAS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–5666. SMITH *v.* SLAYTON, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 73–5670. LAEHN *v.* SCHMIDT ET AL. C. A. 7th Cir. Certiorari denied.